UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60256-CV-DIMITROULEAS

JHONNY RAFAEL RODRIGUEZ GUEVARA,

    Petitioner,

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States, KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement; GARRETT RIPA, in his official capacity as Field Office Director of Immigration and Customs Enforcement's Enforcement and Removal Operations Miami Field Office; and WARDEN of BROWARD TRANSITIONAL CENTER, in his official capacity.

    Respondents.
_____/

## ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS

**THIS CAUSE** is before the Court on Petitioner Jhonny Rafael Rodriguez Guevara ("Petitioner")'s Petition for Writ of Habeas Corpus and Request for Order to Show Cause, filed pursuant to 28 U.S.C. § 2241 (the "Petition") [DE 1], filed herein on January 29, 2026. The Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **February 4, 2026**, Respondents shall file a response to the Petition.[1]

2. The Clerk is directed to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

---

[1] The Court puts parties on notice of its previous ruling in *Kelyn Sanchez Figueroa v. Bondi*, Case No. 25-cv-62707-WPD [DE 14], *Acosta v. Ripa, et. al.,* Case No. 25-cv-62360-WPD [DE 18] and *Taffur v. Noem, et. al*. Case No. 25-cv-62308-WPD [DE 12].